# EXHIBIT 1

Invoice

# D.C. Disability Law Group, P.C. - User Summary

| Date | Description | Rate/ Unit Price | Labor Time/ Quantity | Billable Time/ Cost Price | Bill Amt/ Sell Price | Non-Billable Time |
|---|---|---|---|---|---|---|
| **Alana Hecht** | | | | | | |
| 10/12/2012 | Initial intake with client who wants to file a due process complaint against DCPS based on an inappropriate school placement, concerns over transition, behavioral problems the student is experiencing at school, and failure to make academic or social progress. Interviewed parent regarding concerns and gathered documents that will support the complaint. Parent brought several hundred pages of random school and other records for my review and to sort through to determine what evidence will be used in the case. | $290.00 hr | 1.20 | 1.20 | $348.00 | 0.00 |
| 10/26/2012 | Following initial meeting with the parent, review the hundreds of pages of many years worth of educational and related medical records that she provided our office with for the purpose of sorting them into piles, determining what records will be needed, getting an idea of student needs, and to make an initial determination of next steps/ strategy. | $290.00 hr | 6.40 | 6.40 | $1,856.00 | 0.00 |
| 11/01/2012 | Convene with the expert/ advocate who is going to be working with the family to build case for litigation based on denials of FAPE. Reviewed data re: student needs and received expert advice about needs of student, appropriate placement/ programming. Took notes for use in developing strategy and advising the parent. | $290.00 hr | 1.00 | 1.00 | $290.00 | 0.00 |

| Date | Description | Rate | | | Amount | |
|---|---|---|---|---|---|---|
| 11/01/2012 | Call to the parent to discuss student needs, my review of documents and next steps including a meeting and record request. Advised parent as to her rights and timeline expectations, possible relief that could be pursued. Answered parent's questions about process. | $290.00 hr | 0.30 | 0.30 | $87.00 | 0.00 |
| 11/02/2012 | Receive and review email from paralegal to DCPS, sent at my request/ direction, making an initial/ first request (following the intake with the parent) to discuss parental concerns / 30 day review, and also for records. These are needed to build a case for litigation. | $290.00 hr | 0.10 | 0.10 | $29.00 | 0.00 |
| 02/10/2013 | Receive and review letter to Principal sent by paralegal at my direction/ request making a second request to convene a 30-day meeting for the student. The first was made on 11/02/12 but DCPS has yet to respond. Requested that DCPS respond to our 2nd request for a 30-day review meeting ASAP. | $290.00 hr | 0.10 | 0.10 | $29.00 | 0.00 |
| 02/10/2013 | Following letter to principal and previous request for meeting, draft and send letter to parent informing her that our office made a second request to retrieve the student's records and convene a 30 day review meeting. Explained to parent that if DCPS fails to respond this could lead to a potential denial of FAPE and explained the legal basis fro that. | $290.00 hr | 0.50 | 0.50 | $145.00 | 0.00 |
| 02/10/2013 | Phone call from parent to discuss her concerns regarding the students current placement. Parent believes that DCPS put her child on a certificate track without her consent. Mom does not want student on a certificate track because student is able to get a H.S. diploma. Student report card doesn't look good. Told parent of the actions our office would take on her behalf and how this could be pursued through a complaint. | $290.00 hr | 0.30 | 0.30 | $87.00 | 0.00 |

| Date | Description | Rate | Hours | | Amount | |
|---|---|---|---|---|---|---|
| 02/12/2013 | Receive and read email from Deidra Whitehead (DCPS) informing us that DCPS met with the parent two months ago but that DCPS will go ahead and contact the case manager re scheduling this 30-day review per the parent's request. | $290.00 hr | 0.10 | 0.10 | $29.00 | 0.00 |
| 03/11/2013 | Receive and review email from our office to DCPS, sent by paralegal at my request, re: the failure of DCPS to respond to our request for a meeting. This is our third request for a meeting to discuss parental concerns/ programming. The letter complains this is harmful to the student. Will be used as evidence. | $290.00 hr | 0.10 | 0.10 | $29.00 | 0.00 |
| 03/13/2013 | Made Phone call to the parent informing her that we did get the report card that she sent, and advising her that another request has been made to convene a meeting. Parent had questions about length of time for relief to be provided and logistics re: hearing/ litigation process. | $290.00 hr | 0.20 | 0.20 | $58.00 | 0.00 |
| 04/12/2013 | Receive and review yet another (4th request) from paralegal to Ms. Whitehead (DCPS special education coordinator) following up on a 30 day review meeting we requested months ago. At my request, paralegal put DCPS on notice that if they do not respond attorney Hecht will file a DPC for denial of FAPE. | $290.00 hr | 0.30 | 0.30 | $87.00 | 0.00 |
| 04/21/2013 | Receive and read document sent by the parent. Reviewed to determine the content of the report card and noticed that the student is taking non-credit bearing courses. This is likely that a denial of FAPE because the student is on a diploma track (or should be from what we understand). Will advise parent and seek additional information from the school re: this concern. | $290.00 hr | 0.10 | 0.10 | $29.00 | 0.00 |

| Date | Description | Rate | | | Amount | |
|---|---|---|---|---|---|---|
| 04/21/2013 | Call to the parent following review of student's report card to advise of the non-credit bearing classes my concerns appears to be non-credit bearing courses. Asked parent if she has the most recent IEP so we can see the track that the student was placed on and decide strategy. Advised parent of legal ramifications and arguments that this might be denial of FAPE. | $290.00 hr | 0.30 | 0.30 | $87.00 | 0.00 |
| 04/21/2013 | Following phone call with the parent, draft/ send email to Ms. Whitehead (DCPS special education coordinator) requesting a copy of the student's current IEP. Document will be used to support case that DCPS did not give student an opportunity to earn a H.S. diploma. | $290.00 hr | 0.10 | 0.10 | $29.00 | 0.00 |
| 04/21/2013 | Conduct extensive legal and statutory research on issue of ability of student to earn high school diploma and the relationship to FAPE. Purpose is to gather support for a complaint and to determine the strength of the arguments re: denials of FAPE. Identified relevant provisions and case law, organized, read, highlighted/ annotated, and made legal determinations/ initial decisions. | $290.00 hr | 5.10 | 5.10 | $1,479.00 | 0.00 |
| 04/22/2013 | Receive phone call from the parent regarding a phone call she received from the school. The parent reports that the SEC Ms. Whitehead is trying to pressure her into having a meeting without the presence of her advocate present. Parent is very concerned and has been trying to get a meeting scheduled for months with no response from DCPS. | $290.00 hr | 0.10 | 0.10 | $29.00 | 0.00 |

| Date | Description | Rate | Hours | Hours | Amount | Amount |
|---|---|---|---|---|---|---|
| 04/22/2013 | Draft and send email to SEC Of Cardozo, Ms. Whitehead, following up after phone call with parent about school trying to pressure parent into having meeting without having her advocate present. Requested information and reminded the SEC that we had been asking for a meeting on the parent's behalf for almost a year. | $290.00 hr | 0.20 | 0.20 | $58.00 | 0.00 |
| 04/22/2013 | Receive and review email response from SEC at Cardozo Ms. Whitehead advising me that it was not her or the case manager that called the parent but someone from DCPS HQ and that I should contact them to see why they are trying to pressure the parent into having a meeting on her own. The outcome of this meeting situation will likely lead to a due process complaint based on the parent's continuing concerns. | $290.00 hr | 0.10 | 0.10 | $29.00 | 0.00 |
| 04/22/2013 | Draft and send email response to Diedre Whitehead of DCPS regarding call from parent about possible meeting without parent. Advised her that the parent has concerns that need to be discussed and that we have been trying to get a meeting to discuss these concerns for many months. This is the FIFTH express request for a meeting we have made on the parent's behalf. This delay will be part of claims in due process complaint when drafted. | $290.00 hr | 0.10 | 0.10 | $29.00 | 0.00 |
| 04/22/2013 | Receive and review email response from Ms. Whitehead of DCPS in regards to my email raising concern about DCPS maybe having meeting without parent after parent has been requesting meeting for months on end. Ms. Whitehead said DCPS tried to reach the parent so they were allowed to move forward but didn't and promises an LOI to discuss parental concerns. | $290.00 hr | 0.10 | 0.10 | $29.00 | 0.00 |

| Date | Description | Rate | | | Amount | |
|---|---|---|---|---|---|---|
| 04/23/2013 | Receive and review letter of invitation sent by Cardoza SHS. Need to contact mom to see if parent can attend meeting on date and time that DCPS proposed. this meeting will likely lead to a complaint based on the facts/ information we have already gathered. | $290.00 hr | 0.10 | 0.10 | $29.00 | 0.00 |
| 04/23/2013 | Phone call to parent informing her that we received a letter of invite from DCPS to meet on May 10, 2013. Parent confirmed that she could meet on said date and time. I told mom I will send DCPS an email to confirm so that there are no future confusion. Advised of the agenda for the meeting, and with the parent, developed initial strategy for meeting. advised of who would be in attendance and answered other questions. | $290.00 hr | 0.30 | 0.30 | $87.00 | 0.00 |
| 04/23/2013 | Receive and review email to Ms. Whitehead (DCPS special education coordinator) sent at my request/ direction confirming May 10, 2013 at 12:45PM to convene a meeting to discuss parent academic and behavior concerns. This meeting will likely lead to a complaint. | $290.00 hr | 0.10 | 0.10 | $29.00 | 0.00 |
| 04/29/2013 | Draft and send email to DCPS SEC Diedre Whitehead requesting a copy of the student's most recent IEP in advance of the meeting. Purpose is to ensure that the IEP that we believe is the most recent has not been altered and to try and get to the bottom of whether DCPS is providing the student with diploma track classes. | $290.00 hr | 0.10 | 0.10 | $29.00 | 0.00 |

| Date | Description | Rate | Hours | Hours | Amount | |
|---|---|---|---|---|---|---|
| 05/03/2013 | Received and reviewed email from DCPS employee Whitehead (SEC) stating that she has received my request for the student's most recent IEP and forwarded it to the case manager. The contents of this IEP and whether the student was put on the diploma track will drive what goes in the due process complaint. | $290.00 hr | 0.10 | 0.10 | $29.00 | 0.00 |
| 05/05/2013 | In-person meeting with educational advocate/ expert who will be attending upcoming meeting on the 10th. Purpose of meeting is to make a list of requests/ things to put on the record including parent/ advocate concerns. Discussed and came up with initial strategy and discussed the expert's review/ interpretation of student evaluations. | $290.00 hr | 1.10 | 1.10 | $319.00 | 0.00 |
| 05/06/2013 | Draft and send another communication to DCPS in advance of meeting with parent demanding the parent be given a copy of the student's most recent IEP so she can properly prepare any issues she wants to raise with the team in advance. Advised DCPS that the parent is entitled to have a copy of the student's IEP. | $290.00 hr | 0.10 | 0.10 | $29.00 | 0.00 |
| 05/07/2013 | Receive phone call from the parent regarding the upcoming meeting. Advised parent what to expect, the way this meeting might lead to litigation, the information we need from this meeting, and discussed and devised case strategy based on continuing concerns of the parent. Advised of what I learned from my consultation with the expert. | $290.00 hr | 0.30 | 0.30 | $87.00 | 0.00 |

| Date | Description | Rate | Hours | | Amount | |
|------|-------------|------|-------|---|--------|---|
| 05/08/2013 | Phone call to parent informing her that we still have not been able to get a copy of the student's IEP. Requested that mom go to the school and get a copy. We will discuss the IEP at our upcoming meeting to address all of parent concerns and it will be part of the record when we file for a complaint. Having this IEP will allow me to determine whether DCPS made any changes/ decisions without parental involvement. | $290.00 hr | 0.30 | 0.30 | $87.00 | 0.00 |
| 05/09/2013 | Phone call to the mom confirming tomorrow's IEP meeting. Mom advised of continuing concerns about student's academics and behaviors. Advised parent of the attendance of the advocate at the meeting and the paralegal for note-taking. Answered last-minute questions. | $290.00 hr | 0.20 | 0.20 | $58.00 | 0.00 |
| 05/12/2013 | Receive and review email from paralegal to Ms. Whitehead (DCPS special education coordinator), sent at my request/ direction informing DCPS that student hasn't had a speech re-evaluation in the last couple years (following up on the discussion at the meeting on 5/10/16. The email requested that DCPS proceed with the SLP and educational evaluation immediately. This can lead to DPC if DCPS refuses to conduct said evaluations. | $290.00 hr | 0.10 | 0.10 | $29.00 | 0.00 |
| 05/13/2013 | Phone call from parent who wasn't sure if ESY was added to the student's IEP and had some concerns/ confusions about the final IEP that came out of the meeting from 5/10. Reviewed IEP with parent over the phone and advised her about the decision re: ESY (team decided it was warranted). Advised parent of next steps to build case for litigation. | $290.00 hr | 0.30 | 0.30 | $87.00 | 0.00 |

| Date | Description | Rate | Hours | Amount | |
| --- | --- | --- | --- | --- | --- |
| 05/15/2013 | Following recent meeting (5/10), review IEP that was developed at the meeting, notes taken by paralegal and advocate, and other documents that were created at or dispersed at the meeting (including DRAFT (but not final) IEP). Made annotations/ notes for use in future litigation and to be able to advise the parent about next steps/ whether the IEP meets the student's needs. Compared to previous documents in our possession to determine changes made. | $290.00 hr | 2.10 | 2.10 | $609.00 | 0.00 |
| 05/17/2013 | Receive and review fax from parent providing me with a signed consent for another evaluation to be completed (Speech and Language). This will be used in litigation to prove student's needs/ deficits and will be the basis for testimony of the expert/ advocate. | $290.00 hr | 0.10 | 0.10 | $29.00 | 0.00 |
| 05/24/2013 | Phone call with client to discuss case status. Informed her that we have not yet received the finalized version of the student's IEP (and that I I reviewed the draft version and compared it page by page with the previous IEP). Advised parent of timeline for filing- Student will be tested on Monday and after that team will reconvene to amend IEP. Discussed litigation strategy including waiting for the next meeting before pursuing a complaint. Answered parent's questions. | $290.00 hr | 0.30 | 0.30 | $87.00 | 0.00 |
| 05/25/2013 | Receive and review email from paralegal to Ms. Whitehead (DCPS), sent at my direction, following up with an email sent last week requesting a copy of the student's final IEP. The communication reminded DCPS that parent and advocate requested a SLP re-evaluation and educational evaluation. this communication will be used to support the case at litigation. | $290.00 hr | 0.10 | 0.10 | $29.00 | 0.00 |

| Date | Description | Rate | Hours | Hours | Amount | |
|---|---|---|---|---|---|---|
| 05/25/2013 | Received finalized version of IEP via fax following meeting on 5/10. Reviewed to see if changes we discussed at the May 10, 2013 meeting were incorporated, using notes from meeting as guide. Made notations where I saw the need for corrections and to be able to advise parent accordingly and make decisions re: strategy. Compared page-by-page with previous IEP and draft version. | $290.00 hr | 1.20 | 1.20 | $348.00 | 0.00 |
| 05/25/2013 | Call to parent to advise her of my receipt and review of IEP via fax following meeting on 5/10. Advise parent of what I found, what possible next steps could be, and discussed and determined strategy. | $290.00 hr | 0.30 | 0.30 | $87.00 | 0.00 |
| 05/25/2013 | Receive and review email from paralegal to Ms. Whitehead (DCPS), sent at my request/ direction, following up with DCPS' last email about parent not consenting to evaluations. Paralegal explained that IDEA does not require parent to sign DCPS consent form, but attached signed consent to evaluate. The email reiterated that our office is holding the LEA responsible with timeline under IDEA. This may need to be used to support claim if evaluation not done timely. | $290.00 hr | 0.10 | 0.10 | $29.00 | 0.00 |
| 05/25/2013 | Receive and read email from Ms. Whitehead (SEC) following up with concerns sent in a prior email from the paralegal (about DCPS' timeline starting on the evaluation and not being delayed because DCPS did not get their consent form signed). DCPS indicates it has its own policy, but that she will forward all the firm's communications to the case manager. Ms. Whitehead also gave us updated re our requested SLP evaluation. This communication will be evidence in the case. | $290.00 hr | 0.10 | 0.10 | $29.00 | 0.00 |

| Date | Description | Rate | | | Amount | |
|---|---|---|---|---|---|---|
| 06/04/2013 | Call to parent to discuss the status of the case and explain the need for the WJ-III and SLP evaluation results and meetings in order to build the case for litigation. Advised as to how they will be used to support case and developed strategy. Parent updated me on her concerns. | $360.00 hr | 0.30 | 0.30 | $108.00 | 0.00 |
| 06/04/2013 | Receive and review email from paralegal to Ms. Whitehead (SEC), at my request/ direction, following up with our request for evaluation. Paralegal reiterated to DCPS that team needs to reconvene ASAP to discuss WJIII results and revise IEP. This will be used as evidence in the case, and the meeting to review the results will likely be the last to build the case for litigation. | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |
| 06/04/2013 | Receive and read email from Ms. Whitehead (DCPS) informing our office that educational testing has been completed but not the speech and language evaluation we requested. The email indicates that DCPS will contact speech pathologist for an update. We need meetings to review these evaluations before we can file the complaint. | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |
| 06/10/2013 | Phone call from parent inquiring about status of SLP and educational testing. Provide parent with an update re my last correspondence with DCPS. Advise her that we may have to have two meetings to review the evaluations and wait to file the complaint until the second one. Answered questions on ramifications for harm to her daughter and relief. | $360.00 hr | 0.20 | 0.20 | $72.00 | 0.00 |

| Date | Description | Rate | Hours | | Amount | |
|---|---|---|---|---|---|---|
| 06/10/2013 | Receive and review email from paralegal to Ms. Whitehead (DCPS), sent at my request/ direction, requesting a status update regarding completion of the speech assessment and educational evaluation and the meetings to review both. Reminded DCPS that team needs to convene immediately and that parent and advocate have not received an LOI yet. These evaluations must be reviewed prior to the filing of the complaint. | $360.00 hr | 0.30 | 0.30 | $108.00 | 0.00 |
| 06/18/2013 | Receive and review email from DCPS letter of invite to review evaluation (just WJ-III?). Reviewed to determine who would be participants and to be able to advise parent of the information contained therein and discuss scheduling. | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |
| 06/18/2013 | phone call to parent confirming receipt of DCPS letter of invite. Parent wants to check her work calendar since DCPS notified her last minute. Discussed the probable agenda and possible outcomes of the meeting and the ramifications for the filing of the complaint/ her daughter's education. | $360.00 hr | 0.20 | 0.20 | $72.00 | 0.00 |
| 06/19/2013 | Phone call from parent regarding her availability to participate via phone in today's meeting. Informed parent I would send DCPS an email for confirmation. Advised her that if she has questions/ concerns during the meeting, she can always request to call her attorney privately and then resume her participation in the meeting. | $360.00 hr | 0.20 | 0.20 | $72.00 | 0.00 |

| Date | Description | Rate | | | Amount | |
|---|---|---|---|---|---|---|
| 06/19/2013 | Receive and review email from paralegal to Ms. Whitehead (DCPS), sent at my request/ direction, confirming parent and advocate participation in today's meeting. Purpose is to review educational assessment and revise IEP to meet student needs. Depending on outcome of meeting, we may be able to file the complaint soon. | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |
| 06/19/2013 | In order to ensure the meeting that is being held later today can be used to support claims in a complaint, convene in-person with expert/ educational advocate to come up with strategy for meeting, including list of things that should be put on records (concerns, needs of student). We don't have copies of the evaluations in order to prepare adequately for the meeting. | $360.00 hr | 1.10 | 1.10 | $396.00 | 0.00 |
| 06/19/2013 | Following return of paralegal and advocate from today's meeting, reviewed all records from the meeting including draft IEP and several sets of meeting notes to determine what took place, to determine next steps including when to file a complaint, and to be able to advise the parent of the same. of today's meeting. It appears we can file for lack progress and other denials of FAPE, i.e. inappropriate IEP (certificate track), etc. | $360.00 hr | 1.50 | 1.50 | $540.00 | 0.00 |
| 06/19/2013 | Following review of documents, phone call to parent identifying what I would be sending to her in the mail. Explained to parent that there are several documents (draft IEP, procedural safeguard, and a form for parent to sign and return). Told parent that if she has any questions once mail is received she can call me back for further clarification. Also discussed my review of documents and notes and my plans for the case including when to file the complaint. Answered questions. | $360.00 hr | 0.30 | 0.30 | $108.00 | 0.00 |

| Date | Description | Rate | | | Amount | |
|---|---|---|---|---|---|---|
| 06/20/2013 | Conduct both legal and factual research (including statutory and case law) and entire file review/ record review to determine if there is authority for, and evidence of, a denial of FAPE regarding student obtaining high school diploma. If this is a denial of FAPE I can argue and prove, it will be included in the Complaint. Read and reviewed all case law and other authority that was relevant for future use in drafting complaint. | $360.00 hr | 5.40 | 5.40 | $1,944.00 | 0.00 |
| 07/25/2013 | Phone call from client requesting an update with respect to setting for next school year. Informed parent that we have not heard from DCPS but that paralegal will follow up. Parent is concerned that student will miss out on another school year due to DCPS inability to provide students on a diploma track a full time special education setting. Discussed strategy (meeting to review speech evaluation) and filing of complaint. Advised on timeline. answered questions. | $360.00 hr | 0.30 | 0.30 | $108.00 | 0.00 |
| 07/25/2013 | Receive and review email from paralegal to Ms. Whitehead (DCPS special education coordinator), sent at my request/ direction, requesting an update regarding completion of SLP evaluation and information regarding scheduling for next school year. This meeting will be the last before the complaint is filed, | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |
| 07/25/2013 | phone call to parent informing her that we reached out to DCPS again requesting information for SY12-13 and whether DCPS completed the SLP evaluation. If we don't hear back from, I advised I will file on current denials of of FAPE. Discussed having a final meeting to review S&L eval before filing if possible and advised as to why this is a good idea. | $360.00 hr | 0.30 | 0.30 | $108.00 | 0.00 |

| Date | Description | Rate | | | Amount |
|---|---|---|---|---|---|
| 07/26/2013 | Receive and read email from Ms. Whitehead (DCPS) informing us that she has made contact with DCPS HQ regarding student's SLP evaluation but has not heard back. She also informed us that DCPS has not finalized a schedule for next school year. This information is needed for complaint. | $360.00 hr | 0.20 | 0.20 | $72.00 | 0.00 |
| 07/30/2013 | Receive and read fax from Ms. Whitehead (DCPS) regarding DCPS request for parent to schedule meeting with SLP to complete student evaluation. Have to call parent re: schedule. this meeting will be last before complaint filed and will be used to air concerns and make a record (again). | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |
| 07/30/2013 | phone call to parent informing her that DCPS faxed an LOI to our office re: meeting to review S&L evaluation. Told mom DCPS proposed three dates to complete the SLP evaluation. Mom confirmed for August 2, 2013. I advised I would confirm for the parent and advised as to what to expect at this meeting. | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |
| 07/30/2013 | Receive and review email from paralegal to Ms. Whitehead (DCPS), sent at my request/ direction, confirming receipt of her fax regarding scheduling SLP evaluation. Also indicated that I spoke with the parent and confirmed testing for August 2, 2013 at 10AM. This meeting will be the last before we file the complaint. | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |
| 08/16/2013 | Receive and read email from Ms. Spinella (DCPS Transition Specialist) regarding convening a meeting on August 23, 2013. | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |

| Date | Description | Rate | | | Amount | |
|---|---|---|---|---|---|---|
| 08/16/2013 | Receive and review email to Ms. Spinella (DCPS) from the paralegal, sent at my request/ direction, inquiring as to the purpose of the meeting. Email also follows up on the completed SLP evaluation for the student which is overdue according to IDEA timeline. This communication will likely be evidence in the upcoming case. | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |
| 08/19/2013 | Receive and read email from Ms. Spinella (DCPS) explaining the purpose of the meeting DCPS is trying to schedule for this Friday. She also gave us a copy of an updated re SLP evaluation conducted over the summer. Compared the evaluation carefully and highlighted to understand the results and be able to advise the parent and plan my case accordingly. | $360.00 hr | 0.90 | 0.90 | $324.00 | 0.00 |
| 08/19/2013 | Phone call to parent informing her that DCPS wants to meet this Friday. Shared with parent that this is our opportunity to gather data about SY13-14 which starts next Monday and that we could potentially file DPC as early as next week. Gave parents date DCPS proposed. Mom would like to meet on August 23, 2013 at 1PM. Advised we would confirm on her behalf and use the meeting to get any last documents and information needed for the complaint. | $360.00 hr | 0.20 | 0.20 | $72.00 | 0.00 |
| 08/19/2013 | Receive and review email to Ms. Spinella (DCPS) from paralegal, sent at my request/ direction, confirming a meeting to discuss the student's current diploma track status this Friday, August 23, 2013 at 1PM. Calendared meeting. This will be the last before I draft/ file complaint. | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |

| Date | Description | Rate | | | Amount | |
|---|---|---|---|---|---|---|
| 08/19/2013 | Receive and read email from Ms. Spinella (DCPS) attaching an LOI for the meeting scheduled for this week. Reviewed for list of agenda and participants. Meeting will be last used to gather evidence to prove our claims that will be in the complaint. | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |
| 08/19/2013 | Receive and review email from paralegal to Ms. Spinella (DCPS), sent at my request/ direction, confirming receipt of the LOI. She inquired as to whether DCPS has completed the SLP evaluation. That needs to be reviewed prior to the complaint being filed, if possible. | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |
| 08/20/2013 | In-person meeting in preparation for upcoming meeting with educational advocate/ expert Ida Holman. Reviewed agenda for meeting, things that need to be put on the record, parent and advocate concerns, and developed strategy. Testimony re: this meeting will be part of the case to prove our claims, and the notes will be evidence in the five day. | $360.00 hr | 1.20 | 1.20 | $432.00 | 0.00 |
| 08/23/2013 | Make second request for teacher certifications to personnel at DCPS and send along with explanation of reason for second request (change in student's schedule). Will use results to help support case at due process hearing. Time includes using new schedule to fill out DCPS form, as required. | $360.00 hr | 0.20 | 0.20 | $72.00 | 0.00 |
| 08/23/2013 | Receive and review notes that paralegal took during recent meeting from student. Purpose of review of notes is to determine whether we can pursue a claim for the student based on what took place at this meeting. | $360.00 hr | 0.30 | 0.30 | $108.00 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 08/23/2013 | Receive and read email from Ms. Spinella (DCPS) attaching the student's completed SLP evaluation. According to the email transmitting the evaluation, this evaluation will not be reviewed at today's meeting due to their SLP pathologist being out on leave. Reviewed in detail to determine if any concerns need to be raised at the meeting anyway, and how it will support the case we will be filing. Also need to be able to advise parent. | $360.00 hr | 0.70 | 0.70 | $252.00 | 0.00 |
| 08/23/2013 | Receive and review documents from paralegal and advocate received at and taken during today's meeting. Reviewed all documents to make final determination of whether the case is ready to be filed, to be able to advise the parent, and to discuss the case with the expert for next steps and testimony support. | $360.00 hr | 1.30 | 1.30 | $468.00 | 0.00 |
| 08/23/2013 | Receive and review email from paralegal to Ms. Spinella (DCPS), sent at my request/ direction, attaching paralegal meeting notes. Requested that DCPS also send their meeting notes. Both will be used in the 5-day. I will need to review DCPS's notes if they send them. | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |
| 08/26/2013 | Receive and review email from paralegal to Ms. Spinella (DCPS), sent at my request/ direction, requesting the student's schedule for SY13-14. This will be used to prove denial of FAPE and I will make teacher certification request in order to show the types of classes the student is taking. | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |
| 08/26/2013 | Receive and read email from Ms. Spinella (DCPS) informing forwarding the schedule for the student she received from the case manager. | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |

| Date | Description | Rate | Hours | Amount | |
|---|---|---|---|---|---|
| 08/26/2013 | Using schedule sent by Ms. Spinella, and using DCPS's specific form, make official request for teacher certification including attaching authorization and student schedule. This will be used as evidence in the five day and will serve as the basis for some of the testimony in the case. | $360.00 hr | 0.20 | 0.20 | $72.00 | 0.00 |
| 08/29/2013 | Receive response from DCPS with official information re: student schedule/ teacher certifications. Review in detail in comparison with schedule to get a feeling for which classes the student is taking that are special education classes and which are not (if any). This will be used at the hearing and serve as the basis for some testimony. | $360.00 hr | 0.30 | 0.30 | $108.00 | 0.00 |
| 08/29/2013 | Phone call to the parent to discuss what I learned from review of the DCPS Response re: student schedule/ teacher certifications. Advised of how we will use this to support our case, and my timeline for drafting and filing complaint. Advised that we will be sending follow up letters to DCPS to memorialize what took place in the case and how those will be used to support the case. Answered questions. | $360.00 hr | 0.30 | 0.30 | $108.00 | 0.00 |
| 08/29/2013 | In advance of it being sent to DCPS, receive and review lengthy (several page) follow up letter by the paralegal to the most recent August 23, 2013 meeting. The letter went over what took place at meeting, concerns raised during meeting, outstanding concerns of the parent, and states some law. Reviewed to make sure the law included is accurate/ appropriate, and to revise or make recommendations for revisions as appropriate. This document will be used in the 5-day. | $360.00 hr | 0.80 | 0.80 | $288.00 | 0.00 |

| Date | Description | Rate | Hours | Hours | Amount | Amount |
|---|---|---|---|---|---|---|
| 08/29/2013 | Receive and review email from paralegal to Ms. Spinella (DCPS), sent at my request/ direction attaching paralegal's follow-up letter. Reviewed to see final version and to make sure proper personnel were on the email so that they are on notice of our concerns prior to filing the complaint. | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |
| 08/29/2013 | Draft and send letter to parent regarding paralegal and educational advocate/ expert's follow up letter to the 08/23/13 meeting. Explained how these will be used to support the case and testimony at hearing. Advised of my intention to file the complaint by next week. | $360.00 hr | 0.50 | 0.50 | $180.00 | 0.00 |
| 08/30/2013 | Receive and review a second follow up letter, this one from the expert/ educational advocate, following the August 23, 2013 meeting. The letter went over what took place at meeting, concerns raised during meeting, outstanding concerns of the parent, and interprets the testing results and provides the advocate's expert opinions. Reviewed to make sure the language included is accurate/ appropriate, and to revise or make recommendations for revisions as appropriate. This document will be used in the 5-day. | $360.00 hr | 0.60 | 0.60 | $216.00 | 0.00 |
| 08/30/2013 | Receive and review email from educational advocate/ expert Ida Holman to Ms. Spinella (DCPS), attaching the letter she wrote about the recent meeting. Reviewed to see final version and to make sure proper personnel were on the email so that they are on notice of our concerns prior to filing the complaint. | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |

| Date | Description | Rate | Hours | | Amount | |
|---|---|---|---|---|---|---|
| 08/30/2013 | Receive and read email from Ms. Spinella (DCPS) informing our office that she has not forgotten to send us DCPS meeting notes and that she will get them to us next Tuesday. I want to review these for possible use in the complaint and to determine how they can be used to support our case at hearing. | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |
| 08/31/2013 | Start the process of completing due process complaint by reviewing the file, electronic file, attorney notes, and school records and determining which documents will be relied upon in drafting the complaint, including identifying documents that prove the claims in the complaint. | $360.00 hr | 3.20 | 3.20 | $1,152.00 | 0.00 |
| 08/31/2013 | Using the documents already gathered, start the process of drafting the due process complaint by creating an outline of the legal claims and basic facts that need to be included in the Complaint to make a case for the denials of FAPE that we will be pursuing. Time includes review of documents to determine appropriate claims and how to organize the complaint so it makes sense to the hearing officer. | $360.00 hr | 2.70 | 2.70 | $972.00 | 0.00 |
| 09/01/2013 | Conduct legal research, including both case law and statutory (IDEA) to determine which laws and cases will be relied upon in the complaint to prove that the student was denied a FAPE. Identify provisions that are appropriate to rely upon in the Complaint and at the due process hearing. | $360.00 hr | 3.30 | 3.30 | $1,188.00 | 0.00 |
| 09/02/2013 | Using the outline created, draft the remainder of the due process complaint including all the facts, legal claims, and applying the facts to the law. Time includes review of all research and relevant documents that will be the basis of the complaint to use to fill in the details. Time also includes drafting of the prayer for relief. | $360.00 hr | 6.00 | 6.00 | $2,160.00 | 0.00 |

| Date | Description | Rate | Hours | Hours | Amount | |
|---|---|---|---|---|---|---|
| 09/03/2013 | Receive and read email from Ms. Spinella (DCPS) attaching DCPS meeting notes from last week. reviewed and compared with the meeting notes from the advocate and paralegal to determine accuracy and usefulness for upcoming proceedings. D | $360.00 hr | 0.70 | 0.70 | $252.00 | 0.00 |
| 09/03/2013 | Receive and read email from Ms. Spinella (DCPS) attaching the student's class schedule. Reviewed and compared with most recent schedule we have (the one we used to get teacher certs). Made notes for use in hearing. | $360.00 hr | 0.20 | 0.20 | $72.00 | 0.00 |
| 09/03/2013 | Final review of due process complaint. Make revisions for clarity, citations, grammar, spelling, and persuasiveness. | $360.00 hr | 0.60 | 0.60 | $216.00 | 0.00 |
| 09/03/2013 | File due process complaint and serve on dcps as required. | $0 hr | 0.20 | 0 | $0.00 | 0.20 |
| 09/03/2013 | Draft and send letter to parent regarding our office filing a due process complaint on her behalf. Explained next steps to parent. Explained relief requested, and claims in more simple and understandable way. | $360.00 hr | 1.00 | 1.00 | $360.00 | 0.00 |
| 09/04/2013 | Receive and review email from the Student Hearing Office with Notice of IHO Appt. Reviewed and determined dates suggested for hearing. IHO assigned (Vaden), DCPS counsel assigned (Inspektor). Made note for records. | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |
| 09/04/2013 | receive and review letter sent from DCPS Spinella to our office in response to recent follow up letter. Reviewed to determine content and how it will affect the ongoing litigation and to be able to advise the parent on the response and it's meaning. | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |

| Date | Description | Rate | Hours | Hours | Amount |
|------|-------------|------|-------|-------|--------|
| 09/05/2013 | receive and review lengthy email from the IHO with requests for dates for PHC and DPH.: the IHO also included expectations re: filing, who to include in emails, etc. He also advised as to expectations re: RSM period. | $360.00 hr | 0.10 | 0.10 | $36.00 0.00 |
| 09/05/2013 | Draft and send email response to the IHO with dates available for the PHC, as he requested. Time includes review of calendar. | $360.00 hr | 0.10 | 0.10 | $36.00 0.00 |
| 09/05/2013 | Receive and review email from the DCPS counsel re: his availability for the PHC, as the IHO requested. He needs to discuss the case with his colleagues and see if he can get coverage because he will be out of the office. | $360.00 hr | 0.10 | 0.10 | $36.00 0.00 |
| 09/06/2013 | Receive and review email from the DCPS resolution scheduler sending an email with proposed dates and times to discuss the complaint and possible resolution of the complaint. | $360.00 hr | 0.10 | 0.10 | $36.00 0.00 |
| 09/09/2013 | Receive and review email from the DCPS attorney assigned to the case advising when DCPS can have a PHC and advising that a different attorney from DCPS, Mr. Douds, will be doing the PHC on the agency's behalf. | $360.00 hr | 0.10 | 0.10 | $36.00 0.00 |
| 09/09/2013 | Receive and review email from the hearing officer advising of the date and time for the PHC (October 2). Made note on calendar for prep purposes. | $360.00 hr | 0.10 | 0.10 | $36.00 0.00 |
| 09/09/2013 | Draft and send email response to DCPS re: proposed dates for RSM. I advised that I can't do any of the dates proposed because I will be in hearing all three days. Asked for alternatives. | $360.00 hr | 0.10 | 0.10 | $36.00 0.00 |
| 09/09/2013 | Receive and review Notice of Pre-Hearing Conference from IHO Vaden. Reviewed for deadlines and expectations of the IHO. | $360.00 hr | 0.10 | 0.10 | $36.00 0.00 |

| Date | Description | Rate | | | Amount | |
|---|---|---|---|---|---|---|
| 09/10/2013 | Receive and review Notice of Pre-hearing Conference that includes the attorney and hearing officer assigned to the case, in addition to other important information. | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |
| 09/11/2013 | Receive and review email from DCPS Ms. Henry providing alternative dates for a resolution session to discuss the complaint and possible resolution of the case. There is a deadline for this meeting. | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |
| 09/11/2013 | Receive and review email from DCPS Ms. Henry providing alternative dates for a resolution session to discuss the complaint and possible resolution of the case. There is a deadline for this meeting. | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |
| 09/14/2013 | Receive and review DCPS' Response to Petitioner's DPC. Reviewed to determine what, if any, factual or legal research may be needed based on DCPS's defenses, and to be able to advise the parent as to those defenses and plan the case moving forward. | $360.00 hr | 0.50 | 0.50 | $180.00 | 0.00 |
| 09/14/2013 | Draft and send letter to parent regarding DCPS' Response to Petitioner's DPC. Explained to parent that this is standard procedure and that no action is needed on her part. Also advised as to the defenses raised and the implications of those defenses for her case. Advised of next steps to prepare for hearing. | $360.00 hr | 0.70 | 0.70 | $252.00 | 0.00 |
| 09/16/2013 | Receive and review email confirming RSM for 9/20/2013 at 2:30PM. Official LOI attached. reviewed to determine participants and confirm location. | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |
| 09/17/2013 | Draft and send email to Mrs. Palmer (parent) reminding her about the RSM scheduled for this Friday, 09/20/2013 at 2:30PM. Advised that I would participate in person and they will phone the parent in when the meeting is to begin. Advised I would call her before this meeting to discuss and explain what to expect. | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |

| Date | Description | Rate | Hours | Amount | |
|---|---|---|---|---|---|
| 09/19/2013 | Prepare for tomorrow's RSM by reviewing complaint and response and by making notes for use in the meeting in an effort to determine if the case can be resolved in advance of the hearing. | $360.00 hr | 1.00 | 1.00 | $360.00 | 0.00 |
| 09/20/2013 | Participate in RSM with and on behalf of the parent to determine if there is a possibility of resolving the case prior to hearing. No resolution of the case is possible. | $0 hr | 1.00 | 0 | $0.00 | 1.00 |
| 09/20/2013 | following RSM, conference call with the parent to discuss the outcome of the RSM, next steps, the likelihood that the case will resolve prior to hearing, the likelihood of success on the merits, and planning strategy. | $360.00 hr | 0.30 | 0.30 | $108.00 | 0.00 |
| 09/23/2013 | Make Phone call to the parent to discuss strategy for her gathering information to support her testimony at the hearing, including doing an observation of the student in class because DCPS will not allow advocate or paralegal or attorney to do so. Shared with mom the purpose of her observing and how it will help our due process litigation. Answered questions and advised what she should be looking for and that she can take notes that can be used as evidence. | $360.00 hr | 0.40 | 0.40 | $144.00 | 0.00 |
| 09/26/2013 | Receive and review email from DCPS following recent RSM sending documents from that meeting for my review. These are documents that will be in the five day, including DCPS's notes from the meeting and the Disposition form the IHO needs. Reviewed all documents to determine their support for the case and whether the notes should be disclosed (and are accurate). Also determine whether objection needs to be noted to the DPCS notes by comparing to my notes from that same meeting. | $360.00 hr | 0.30 | 0.30 | $108.00 | 0.00 |

| Date | Description | Rate | | | | |
|---|---|---|---|---|---|---|
| 09/26/2013 | Receive and review email from DCPS following recent RSM sending documents from that meeting for my review. These are documents that will be in the five day, including DCPS's notes from the meeting and the Disposition form the IHO needs. Reviewed all documents to determine their support for the case and whether the notes should be disclosed (and are accurate). Also determine whether objection needs to be noted to the DPCS notes by comparing to my notes from that same meeting. | $360.00 hr | 0.30 | 0.30 | $108.00 | 0.00 |
| 10/01/2013 | Make phone call to parent reminding her about our meeting tomorrow. Told mom that I did get her fax about not being able to gather work samples. Shared with mom that request will be made again at tomorrow's meeting. Discussed and determined legal strategy for this meeting, especially considering the pending litigation. This will be testified about, and the notes/ outcome will be part of the case. | $360.00 hr | 0.30 | 0.30 | $108.00 | 0.00 |
| 10/01/2013 | Prepare for Pre-Hearing Conference in the case to be held tomorrow by reviewing complaint, response, Subjects to be Considered sent by IHO, and to make a list of potential witnesses, issues that need to be raised, and to determine if any records issues need to be pursued. | $360.00 hr | 1.00 | 1.00 | $360.00 | 0.00 |
| 10/01/2013 | Meet in-person with the educational advocate/ expert to discuss and plan strategy for meeting to be held tomorrow, 10/2. This meeting is mid-litigation and will be the subject of testimony/ documentary evidence. discussed concerns to raise, documents to get, and determined strategy. | $360.00 hr | 1.00 | 1.00 | $360.00 | 0.00 |

| Date | Description | Rate | Hours | Hours | Amount | Amount |
|---|---|---|---|---|---|---|
| 10/02/2013 | Receive and review Pre-Hearing Order issued by the IHO in this case memorializing the claims, defenses, and expectations of the IHO for the upcoming due process hearing. Made note of deadlines and reviewed to determine if any objections need to be made to the Order, given that those objections must be raised in advance. Time includes comparison of claims in the Order to the Complaint and a comparison of the defenses in the Order to DCPS's Response. | $360.00 hr | 0.70 | 0.70 | $252.00 | 0.00 |
| 10/04/2013 | Review packet of records from meeting 10/2 for determining what took place, to be able to advise parent of same, to be able to determine how what happened will affect the current pending litigation, and to make determination of next steps. | $360.00 hr | 1.00 | 1.00 | $360.00 | 0.00 |
| 10/04/2013 | Call to the parent to advise her of the review of records from the most recent meeting on 10/2 and to explain how this meeting will affect the current pending litigation, and to advise the parent of legal strategy and next steps. | $360.00 hr | 0.30 | 0.30 | $108.00 | 0.00 |
| 10/11/2013 | Review OSSE non public approved list and identify appropriate schools to refer this student to for possible admission/ presentation of the placement to the IHO. Review file and pick relevant / necessary documents for admissions consideration, and draft letter for placement packet cover sheet. Send to four schools for consideration/ presentation of possible relief. | $360.00 hr | 1.50 | 1.50 | $540.00 | 0.00 |

| Date | Description | Rate | Hours | Hours | Amount | Amount |
|---|---|---|---|---|---|---|
| 10/11/2013 | Draft and send lengthy letter to parent regarding placement packet referrals made today. Enclosed copies for parent review and record. Advised as to the process of requesting and presenting placement to the IHO and the alternative relief we requested and provided some basic information about the law on placement. | $360.00 hr | 1.00 | 1.00 | $360.00 | 0.00 |
| 10/21/2013 | Contact Katherine Thomas school representative by phone to discuss the admissions process, our five day deadline, their review of her file, the likelihood she will be accepted, the need for testimony, and other information relevant to the admissions process. this is for us to be able to present a school to the IHO. | $360.00 hr | 0.40 | 0.40 | $144.00 | 0.00 |
| 10/21/2013 | Call to the parent to discuss case status/ admissions to schools/ relief we requested including alternative relief, to discuss that the five day disclosure is due this Thursday and to advise that we need any last documents she may want us to consider for inclusion. Provided advice about what documents may be relevant, and discussed possible witnesses and planning a time to meet to prepare for hearing. | $360.00 hr | 0.40 | 0.40 | $144.00 | 0.00 |
| 10/21/2013 | Call to the parent to discuss case status/ admissions to schools/ relief we requested including alternative relief, to discuss that the five day disclosure is due this Thursday and to advise that we need any last documents she may want us to consider for inclusion. Provided advice about what documents may be relevant, and discussed possible witnesses and planning a time to meet to prepare for hearing. | $360.00 hr | 0.40 | 0.40 | $144.00 | 0.00 |

| Date | Description | Rate | | | Amount | |
|---|---|---|---|---|---|---|
| 10/21/2013 | Receive and review email from the DCPS counsel re: one of their witnesses needing an ASL interpreter because she is deaf. He advised he needs to know the protocol to get one and as much information he can get to advise the witness when she will be able to testify. | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |
| 10/21/2013 | Receive and review email response from the hearing officer advising that the email request was sufficient for a request for an ASL interpreter and that the request made by DCSP will be forwarded to the student hearing office. | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |
| 10/21/2013 | Receive and review email response from the hearing officer advising that the email request was sufficient for a request for an ASL interpreter and that the request made by DCSP will be forwarded to the student hearing office. | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |
| 10/22/2013 | Begin the process of completing the five day disclosure packet by reviewing the file in detail, the electronic file, and email communications, and identifying and gathering the records that will be included in the disclosure packet. Organized records into exhibits that will be able to assist the hearing officer in understanding the facts and claims in this case. | $360.00 hr | 4.40 | 4.40 | $1,584.00 | 0.00 |
| 10/22/2013 | For the five day disclosure packet that is due, started process of drafting the disclosure cover sheet, in accordance with SOPs and requirements of IHO. Time includes drafting exhibit list, using the documents just gathered and organized into exhibits, and putting in required information about the hearing and assigned parties. | $360.00 hr | 1.50 | 1.50 | $540.00 | 0.00 |

| Date | Description | Rate | Hours | Hours | Amount | Amount |
|---|---|---|---|---|---|---|
| 10/23/2013 | Phone call to parent in advance of drafting witness list to be placed in five day disclosure cover sheet. Purpose of phone call is to make sure that I list all potential witnesses with relevant knowledge of the case and issues pending in the complaint, including any outside providers/ therapists/ tutors/ mentors, etc. Advised parent as to the purpose of witness list and fact that anyone not listed cannot be called at the upcoming hearing. | $360.00 hr | 0.30 | 0.30 | $108.00 | 0.00 |
| 10/23/2013 | Receive and review email from Katherine Thomas school advising the student will be going through the admissions process on the 29th and 30th - in time for a decision before the hearing and testimony at the hearing. Made note of this. | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |
| 10/23/2013 | For the five day disclosure that is due shortly, complete the five day cover sheet by drafting witness list and expected testimony from each witness, which is required per the SOPs and the Hearing Officer's Order. In order to draft comprehensive witness list and expected testimony, time includes review of Pre-Hearing Order, Complaint, DCPS's Response, and a review of the exhibits now organized for inclusion in the five day to ensure that there is a witness to testify as to each issue and disputed fact. | $360.00 hr | 1.30 | 1.30 | $468.00 | 0.00 |
| 10/24/2013 | As required by the IHO in the Pre-Hearing Order (and reiterated during the pre-hearing conference), manually numbered the pages of the exhibits prior to the final compilation of the five day. Five day is required to be numbered in a particular way before filing. | $0 hr | 1.00 | 0 | $0.00 | 1.00 |
| 10/24/2013 | Review final five day disclosure packet to ensure it meets the requirements of the IHO's Orders and the SOPs and file it in accordance with the requirements | $360.00 hr | 0.70 | 0.70 | $252.00 | 0.00 |

| Date | Description | Rate | Hours | Hours | Amount | |
|---|---|---|---|---|---|---|
| 10/24/2013 | File disclosure with Student Hearing Office, serve on IHO and DCPS as required. | $0 hr | 0.20 | 0 | $0.00 | 0.20 |
| 10/24/2013 | Receive and review DCPS's disclosures and cover sheet with exhibit and witness list. Do cursory review for the purpose of determining whether or not any objections need to be filed (I have three days to do this). | $360.00 hr | 0.60 | 0.60 | $216.00 | 0.00 |
| 10/24/2013 | Call to parent to advise her as to the documents that were filed on her behalf. Discussed with parent the need to meet in person to prepare for the hearing testimony. Set up appointment with the parent to meet about the case in more detail and ensure parent is prepared and knows what to expect. | $360.00 hr | 0.20 | 0.20 | $72.00 | 0.00 |
| 10/24/2013 | Prepare for hearing in-person with expert witness Dr. Ida Jean Holman. Reviewed all documents in the five day with her related to her involvement in the case, and took notes for drafting questions to use on direct examination. Reviewed possible areas of testimony with the witness and possible areas she may be asked on cross examination. Also reviewed her expertise for the purpose of qualifying her as an expert. This will be one of the main witnesses in the case and will justify comp ed. | $360.00 hr | 2.50 | 2.50 | $900.00 | 0.00 |
| 10/24/2013 | Prepare for hearing in-person with witness / paralegal Chithalina Khanchalern. Reviewed all documents in the five day with her related to her involvement in the case, and took notes for drafting questions to use on direct examination. Reviewed possible areas of testimony with the witness and possible areas she may be asked on cross examination. This is a main fact witness based on her involvement in the case and her note-taking/witnessing many of the facts. | $360.00 hr | 1.70 | 1.70 | $612.00 | 0.00 |

| Date | Description | Rate | | | Amount | |
|---|---|---|---|---|---|---|
| 10/24/2013 | Phone call to the representative at Katherine Thomas to discuss who would be testifying from the school if the student was to be offered admissions and a backup person, for the purpose of being able to complete the five day. Discussed and advised on possible phone testimony and expectations / logistics. | $360.00 hr | 0.20 | 0.20 | $72.00 | 0.00 |
| 10/24/2013 | Receive and review proposed settlement agreement from DCPS proposing to resolve the issues in the Complaint. Reviewed in great detail, every provision of the proposed agreement. Purpose of the review is to be able to explain to the parent what DCPS proposed, advise the parent as to whether the proposal is attractive based on the allegations in the complaint, the strength of the case, and the likelihood of success at hearing. Also reviewed to determine whether the provisions of the proposal are appropriate for the client, would waive the clients' rights, or would otherwise compromise the ability of the client to get a FAPE now or in the future. | $360.00 hr | 0.50 | 0.50 | $180.00 | 0.00 |
| 10/24/2013 | Phone call to parent to review offer of SA made by DCPS, explain the terms, explain the ramifications of accepting the offer and of not accepting the offer, advising parent as to the likelihood of success if a hearing takes place on the merits, and answered parent's questions. | $360.00 hr | 0.40 | 0.40 | $144.00 | 0.00 |
| 10/24/2013 | Draft and send formal 10 day rejection letter to DCPS in response to proposed Settlement Offer recently sent. In drafting rejection letter, went paragraph by paragraph of proposed SA and responded as to the concerns/ reasons for rejection of each paragraph in which the parent is not in agreement. Sent to DCPS counsel for their review and possible counter-offer. | $360.00 hr | 0.60 | 0.60 | $216.00 | 0.00 |

| Date | Description | Rate | Hours | | Amount | |
|---|---|---|---|---|---|---|
| 10/25/2013 | Review, in detail, each and every page of Petitioner's disclosures in advance of the hearing for the purpose of annotating and making notes and preparing for questioning of witnesses and opening/ closing arguments. Disclosures were almost 500 pages. | $360.00 hr | 5.70 | 5.70 | $2,052.00 | 0.00 |
| 10/25/2013 | In advance of the hearing and using the disclosures I just reviewed and annotated, create timeline and chart for use during hearing that contains all the necessary dates/ page numbers needed for reference during the hearing. | $360.00 hr | 3.90 | 3.90 | $1,404.00 | 0.00 |
| 10/26/2013 | Prepare for hearing by preparing for possible cross examination of witnesses listed by DCPS in their five day, specifically Ms. Halliburton and Ms. McKelvin, both case managers and special education teachers that were very involved in the student's case. Time includes review of documents in both parties' five days that these witnesses may be asked about and making notes for possible topics for cross examination. | $360.00 hr | 2.40 | 2.40 | $864.00 | 0.00 |
| 10/26/2013 | Prepare for cross examination of witnesses listed by DCPS in their five day, specifically Bruce Jackson and Angela Spinella (listed in DCPS's witness list). These are special education coordinators that may be called to talk about the student and the program itself. Time includes review of documents in both parties' five days that these witnesses may be asked about and making notes for possible topics for cross examination. | $360.00 hr | 2.10 | 2.10 | $756.00 | 0.00 |

| Date | Description | Rate | Hours | Amount | |
|---|---|---|---|---|---|
| 10/26/2013 | Prepare for hearing via teleconference with witness Ms. Palmer, the parent. Met in person at the office on weekend. Discussed in great detail the logistics and hearing process and answered questions about due process, what to expect, witnesses, etc. Reviewed all documents in the five day with her related to her involvement in the case, and took notes for drafting questions to use on direct examination. Reviewed possible areas of testimony with the witness and possible areas she may be asked on cross examination. Took notes for drafting questions for the witness. | $360.00 hr | 3.10 | $1,116.00 | 0.00 |
| 10/26/2013 | Prepare for hearing via teleconference with witness from non-public school. Met in person at the office on weekend. Reviewed all documents in the five day with her related to her involvement in the case, and took notes for drafting questions to use on direct examination. Reviewed possible areas of testimony with the witness and possible areas she may be asked on cross examination. Took notes for drafting questions for the witness. | $360.00 hr | 0.60 | $216.00 | 0.00 |
| 10/26/2013 | Following the meeting with the parent, draft questions for use in direct examination of the parent for use on direct examination including a list of documents to show her during the testimony. Time includes reference to five day disclosures and five day cover sheet and PHO for issues certified for hearing and notes from the meeting with the parent earlier. | $360.00 hr | 1.40 | $504.00 | 0.00 |

| Date | Description | Rate | Hours | Amount | |
|---|---|---|---|---|---|
| 10/27/2013 | Prepare for cross examination of witnesses listed by DCPS in their five day, specifically Ms. McIntosh, the speech and language pathologist that is likely to testify in the case. Time includes review of documents in both parties' five days that these witnesses may be asked about and making notes for possible topics for cross examination. | $360.00 hr | 1.10 | 1.10 | $396.00 | 0.00 |
| 10/27/2013 | Prepare for cross examination of witnesses listed by DCPS in their five day, specifically Mr. Russell, the central office ABA specialist. Time includes review of documents in both parties' five days that these witnesses may be asked about and making notes for possible topics for cross examination. Time also includes research through DCPS's website for information about DCPS's autism program for use in questioning this witness if he testifies. | $360.00 hr | 1.70 | 1.70 | $612.00 | 0.00 |
| 10/27/2013 | Review, in detail, each and every page of DCPS's 111 page disclosure for the purpose of preparing for the hearing including direct and cross examination, and opening and closing arguments. Made notes/ annotations. Also compared to Petitioner's disclosures to identify duplicates. | $360.00 hr | 2.30 | 2.30 | $828.00 | 0.00 |
| 10/27/2013 | Following prep with witness Chithalina Khanchalern (paralegal), use notes from that prep to create questions for use on direct examination including a list of documents to show her during the testimony. Time includes reference to five day disclosures and five day cover sheet and PHO for issues certified for hearing. | $360.00 hr | 1.20 | 1.20 | $432.00 | 0.00 |

| Date | Description | Rate | | | Amount | |
|---|---|---|---|---|---|---|
| 10/27/2013 | Using notes from that prep with expert witness Ida Jean Holman, draft questions for use on direct examination including a list of documents to show her during the testimony. Also draft questions for use in qualifying Dr. Holman as an expert witness. Time includes reference to five day disclosures and five day cover sheet and PHO for issues certified for hearing. | $360.00 hr | 1.50 | 1.50 | $540.00 | 0.00 |
| 10/27/2013 | Draft questions for use in direct examination of witness from non-public school in order for use on direct examination including a list of documents to show her during the testimony. Time includes reference to five day disclosures and five day cover sheet and PHO for issues certified for hearing and refer to Branham factors to make sure that they are addressed at the hearing. | $360.00 hr | 0.70 | 0.70 | $252.00 | 0.00 |
| 10/28/2013 | Print an additional two copies of Petitioner's 500 page 5-day disclosure. Bind all three copies for use at our upcoming DPH (October 31, 2013). | $0 hr | 2.00 | 0 | $0.00 | 2.00 |
| 10/28/2013 | Print and bind 2 copies of DCPS 5-day disclosure to use at upcoming DPH. | $0 hr | 0.90 | 0 | $0.00 | 0.90 |
| 10/28/2013 | Receive and read email from Ms. Schwartz (Katharine Thomas) regarding the student's acceptance into their program. This school will be presented for consideration as one form of relief at the hearing. | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |
| 10/28/2013 | Draft and send to Ms. Schwartz (Katharine Thomas School) re upcoming DPH. Requested times she is available to testify, whether it will be in person or via phone, and best contact number to call day of the hearing. Informed Ms. Schwartz that the 5-day disclosure will be sent in a separate email. This will be one form of relief presented for consideration to the IHO. | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |

| Date | Description | Rate | | | Amount | |
|---|---|---|---|---|---|---|
| 10/29/2013 | Receive and read email from Ms. Schwartz (Katharine Thomas) informing me, per my request, that she can testify via phone between 12:30-3PM. She provided me with best contact number. Updated witness list for use in planning the hearing | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |
| 10/29/2013 | Phone call to parent informing her that I need to prepare with her for the upcoming due process hearing. Asked that she provide me with some times. I advised her of the expected length of time for prep and her role in the hearing. | $360.00 hr | 0.20 | 0.20 | $72.00 | 0.00 |
| 10/30/2013 | Receive phone call parent to see if I will prepare for her testimony with her over phone. Parent can do it at 11:30AM. Advised parent I will call her at that time, and explained how we will deal with any documents she may have to refer to at the hearing. | $360.00 hr | 0.20 | 0.20 | $72.00 | 0.00 |
| 10/31/2013 | Parking for parent- day 1 of due process hearing. | $20.00 ea | 1.00 | $20.00 | $20.00 | 0.00 |
| 10/31/2013 | Parking for attorney - day 1 of due process hearing. | $20.00 ea | 1.00 | $20.00 | $20.00 | 0.00 |
| 10/31/2013 | Litigate the case on behalf of the parent for DAY 1 of the hearing including opening statements, legal discussion with the IHO, and direct of some of the witnesses. There will be additional testimony on day 2 on Nov 12. | $360.00 hr | 8.00 | 8.00 | $2,880.00 | 0.00 |
| 10/31/2013 | Following DAY 1 of the hearing, meet with parent in person to discuss testimony and the way the case is going thusfar, and to discuss and determine strategy for day 2. Answered parent's questions. | $360.00 hr | 0.40 | 0.40 | $144.00 | 0.00 |
| 11/01/2013 | as was discussed at the hearing in order to allow for a second day, draft and file Motion to Continue allowing extra time for the IHO to render a decision. time includes reference to notes from hearing about length of time needed, etc. | $360.00 hr | 0.40 | 0.40 | $144.00 | 0.00 |

| Date | Description | Rate | | Amount | |
|---|---|---|---|---|---|
| 11/01/2013 | Receive and review email from the hearing officer attaching an Order granting the Consent Motion for Continuance I filed after our discussion at the conclusion of day 1 of the hearing. reviewed to make sure it matches with | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |
| 11/07/2013 | In advance of DAY 2 of the due process hearing and in order to prepare, review all notes from day 1 of the hearing and make notes for closing arguments based on the testimony and themes/ arguments made thusfar. | $360.00 hr | 3.20 | 3.20 | $1,152.00 | 0.00 |
| 11/11/2013 | Continue preparing for due process hearing by making notes of citations that I want to cite during closing arguments. IN order to make list, review complaint and gather citations and draft simple parentheticals to explain relevant findings. Also do additional research on relevant authority to include in closing arguments. | $360.00 hr | 4.20 | 4.20 | $1,512.00 | 0.00 |
| 11/12/2013 | Parking for attorney- day 2 of due process hearing. | $20.00 ea | 1.00 | $20.00 | $20.00 | 0.00 |
| 11/12/2013 | Parking for parent- day 2 of due process hearing. | $20.00 ea | 1.00 | $20.00 | $20.00 | 0.00 |
| 11/12/2013 | Litigate and participate in DAY 2 of the due process hearing on behalf of the parent including cross examination of DCPS's witnesses. Statements will be drafted and filed after hearing at the request of both parties. | $360.00 hr | 8.50 | 8.50 | $3,060.00 | 0.00 |
| 11/12/2013 | Following DAY 2 (final day) of the hearing, meet with parent in person to discuss testimony and evidence presented by both parties, to discuss likely outcome, to provide advice and information about timeline and next steps and likelihood of receiving all or some of the relief requested. | $360.00 hr | 0.50 | 0.50 | $180.00 | 0.00 |

| Date | Description | Rate | Hours | Hours | Amount | |
|---|---|---|---|---|---|---|
| 11/13/2013 | Start the process of drafting a post-hearing brief (closing argument) that we decided to submit at the conclusion of yesterday's hearing. Create outline of the brief with reference to complaint, PHO, Answer, and notes from the hearing. | $360.00 hr | 1.80 | 1.80 | $648.00 | 0.00 |
| 11/13/2013 | Continue drafting post-hearing brief (closing argument) that we decided to submit at the conclusion of yesterday's hearing. Conduct legal research for the purpose of including all the necessary citations and explanations of the relevant case law. | $360.00 hr | 3.50 | 3.50 | $1,260.00 | 0.00 |
| 11/13/2013 | Finish drafting, and file as required, Post-Hearing Brief due today for the case, something we discussed at the conclusion of the hearing yesterday. | $360.00 hr | 2.50 | 2.50 | $900.00 | 0.00 |
| 11/13/2013 | Receive and review final brief/ closing argument filed by DCPS. Reviewed to determine content and strength of case and arguments so I can advise the parent accordingly and make a determination of the likelihood of success on the merits. | $360.00 hr | 0.30 | 0.30 | $108.00 | 0.00 |
| 11/26/2013 | Receive phone call from parent asking when the HOD is due. Advised her it is due tomorrow and that I will call her to discuss once I receive it. Parent shared new facts that concern her re: student education. | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |
| 11/26/2013 | Receive and review Hearing Officer Determination in the case. Purpose of review is to be able to advise the parent of the outcome, to plan for implementation, and to discuss and decide next steps. | $360.00 hr | 0.80 | 0.80 | $288.00 | 0.00 |
| 11/27/2013 | Receive and review email from DCPS following HOD with information about the Order in the HOD and a request for dates to convene the meeting per the HOD. | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |

| Date | Description | Rate | | | Amount | |
| --- | --- | --- | --- | --- | --- | --- |
| 11/29/2013 | Phone call to the parent to discuss with her the outcome of the HOD and the ruling on each claim. Went page by page explaining the outcome and the order, discussed next steps re: implementation, and answered parent's questions. | $360.00 hr | 0.50 | 0.50 | $180.00 | 0.00 |
| 11/29/2013 | Draft and send letter to parent re favorable HOD, providing a copy of the HOD, and summarizing our phone conversation and next steps / deadlines. | $360.00 hr | 0.70 | 0.70 | $252.00 | 0.00 |
| 11/30/2013 | Receive and review email from DCPS staff from Cardozo re: meeting per HOD providing their availability for the meeting. | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |
| 12/02/2013 | Phone call to parent informing her that we need to propose meeting dates per the HOD. Parent is pretty flexible. I informed parent that some dates will be proposed. Discussed the agenda for the meeting per HOD and answered questions. | $360.00 hr | 0.20 | 0.20 | $72.00 | 0.00 |
| 12/02/2013 | Receive and review email from paralegal to Ms. Sanchez (DCPS), sent at my request/ direction proposing to meet on 12/6 in the afternoon or 12/11 in the morning. This meeting is per the HOD. | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |
| 12/03/2013 | Met in person with the student (and parent and expert advocate) as one step to prepare for upcoming hearing. Student will not be testifying, but I need information from her to understand and explain the placement/ schedule/ concerns to the hearing officer and the parent and other witnesses can testify about what she says/ wants/ needs. Discussed the issue of the use of computerized learning/ the PLATO program with the student for use in supporting case at hearing. Took notes for use in hearing. | $360.00 hr | 1.50 | 1.50 | $540.00 | 0.00 |

| Date | Description | Rate | Hours | Hours | Amount | Amount |
|---|---|---|---|---|---|---|
| 12/03/2013 | Receive and review email from paralegal to Ms. Sanchez (DCPS), sent at my request/ direction, asking her to confirm a date and time for the meeting per HOD. The parent needs advance notice so that she can request time off from work. | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |
| 12/04/2013 | Receive email from Ms. Sanchez (DCPS) informing the firm that she is conferring with the school on the team's availability to meet per the HOD. This is in response to my follow up to the paralegal's email | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |
| 12/04/2013 | Receive email from Ms. Sanchez (DCPS) confirming that meeting on 12/11/13 per the HOD is fine with DCPS. This meeting will close out the requirements of the HOD for compliance purposes. | $360.00 hr | 0.10 | 0.10 | $36.00 | 0.00 |
| 12/04/2013 | Phone call to parent confirming meeting per the HOD for 12/11/13 at 9AM. Discussed things the parent wants to discuss at the meeting, the agenda laid out in the HOD, and my participation in this meeting. Answered parent's questions. | $360.00 hr | 0.20 | 0.20 | $72.00 | 0.00 |
| 12/11/2013 | In order to represent parent at meeting per HOD, prepare for meeting by reviewing HOD including Order and making notes on topics for discussion at the meeting. Made notes on arguments why the student is not a good candidate for Plato learning. | $360.00 hr | 1.00 | 1.00 | $360.00 | 0.00 |
| 12/11/2013 | Attend and represent he parent at the meeting per HOD to discuss whether an internet-based program is appropriate for the student and to accomplish the other agenda in the HOD and to take notes for compliance purposes. | $360.00 hr | 2.30 | 2.30 | $828.00 | 0.00 |
| 12/11/2013 | Meeting in person with the parent following the meeting per HOD to discuss the outcome, answer questions, and advise on the implementation of the HOD by DCPS. | $360.00 hr | 0.40 | 0.40 | $144.00 | 0.00 |

| Date | Description | Rate | Qty/Hours | | | |
|---|---|---|---|---|---|---|
| 12/11/2013 | Receive email from Ms. Sanchez (DCPS) attaching the signature page and DCPS meeting notes from today's meeting per HOD. Reviewed to make sure the notes are accurate and to determine if the HOD has been fully complied with. Compared with my notes per HOD. | $360.00 hr | 0.10 | | $36.00 | 0.00 |
| | **Total Labor For Alana Hecht** | | 165.40 | 0.10 | 160.10 | 5.30 |
| | | | | | $55,942.00 | |
| | **Total Expense For Alana Hecht** | | | $80.00 | $80.00 | $80.00 |
| | **Total For Alana Hecht** | | | | $56,022.00 | |

**EXPENSES**

| Date | Description | Rate | Qty | | | |
|---|---|---|---|---|---|---|
| 11/02/2012 | Copy of 30-day review request and request for student recor | $0.44 ea | 1.00 | $0.44 | $0.44 | 0.00 |
| 02/11/2013 | Copy of 2nd RR and 2nd Request for 30-day. | $0.46 ea | 1.00 | $0.46 | $0.46 | 0.00 |
| 06/19/2013 | Copy of 06/19/13 draft IEP and DCPS procedural safeguard. | $2.76 ea | 1.00 | $2.76 | $2.76 | 0.00 |
| 08/29/2013 | Copy of paralegal f/u letter. | $0.46 ea | 1.00 | $0.46 | $0.46 | 0.00 |
| 09/03/2013 | Copy of DPC. | $1.41 ea | 1.00 | $1.41 | $1.41 | 0.00 |
| 09/10/2013 | Copy of Notice of PHC. | $0.46 ea | 1.00 | $0.46 | $0.46 | 0.00 |
| 09/12/2013 | DCPS Response to DPC. | $0.46 ea | 1.00 | $0.46 | $0.46 | 0.00 |
| 11/29/2013 | Copy of HOD sent via U.S. mail. | $1.38 ea | 1.00 | $1.38 | $1.38 | 0.00 |
| 06/26/2014 | Copy of Vocational I assessment sent to parent via U.S. mail. | $1.47 ea | 1.00 | $1.47 | $1.47 | 0.00 |
| | **Total Labor For Chithalina Khanchalern** | | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Total Expense For Chithalina Khanchalern** | | | $9.30 | $9.30 | $9.30 |
| | **Total For Chithalina Khanchalern** | | | | $9.30 | |

| | | | | | |
|---|---|---|---|---|---|
| **Grand Total Labor** | 165.40 | 160.10 | $55,942.00 | 5.30 |
| **Grand Total Expenses** | | $89.30 | $89.30 | |
| **Grand Total** | | | $56,031.30 | |
| **Total Times for All Currencies:** | 165.40 | 160.10 | | 5.30 |